IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Sharon Lorraine Gilliard

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

International Longshoremen Local 1422
Norquette Mapp, Kenneth Kiley
John Smith

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint    for    Employment
Discrimination

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:      ☐ Yes   ☐ No
                 *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Sharon Lorraine Gilliard
Street Address    54 Dunnemann Ave
City and County   Charleston S
State and Zip Code South Carolina
Telephone Number  843-607-0203

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Marquette Mapp |
| Job or Title (if known) | Financial Secretary /Rep |
| Street Address | 4349 Corporate Rd |
| City and County | N. Charleston |
| State and Zip Code | SC 29405 |
| Telephone Number | 843- |

Defendant No. 2

| | |
|---|---|
| Name | Kenneth Riley |
| Job or Title (if known) | President |
| Street Address | 4349 Corporate Road |
| City and County | N. Charleston |
| State and Zip Code | SC 29405 |
| Telephone Number | 843- |

Defendant No. 3

| | |
|---|---|
| Name | John Smith |
| Job or Title (if known) | Heade |
| Street Address | 4349 Corporate Road |
| City and County | N. Charleston |
| State and Zip Code | S.C 29405 |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |

2

|                    |                                          |
|--------------------|------------------------------------------|
| Street Address     |                                          |
| City and County    |                                          |
| State and Zip Code |                                          |
| Telephone Number   |                                          |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|                    |                                               |
|--------------------|-----------------------------------------------|
| Name               | International Longshoremen Local 1422          |
| Street Address     | 4349 Corporate Road                           |
| City and County    | N. Charleston                                 |
| State and Zip Code | SC 29405                                      |
| Telephone Number   | 813                                           |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other    federal    law    *(specify    the    federal    law)*:
   Title VII Cival Rights act of 1964 and 42 U.S.C : 1981

3

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| ☐ | Relevant | state | law | *(specify,* | *if* | *known):* |
| ☐ | Relevant | city or | county | law | *(specify,* | *if* | *known):* |

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☒    Retaliation.

☐    Other acts *(specify)*:   AN Adennment Complaint will be filed

*(Note:   Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) March 24 2025 etc,

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

4

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐  race _____

☐  color_____

☑  gender/sex _____

☐  religion _____

☐  national origin _____

☑  age.  My year of birth is ___1966___.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

_____

E.  The facts of my case are as follows.  Attach additional pages if needed.

See Attached

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)*
      Feb. 2, 2026                    .

5

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☑  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAy 1 , 20 26

Signature of Plaintiff    Sharon Loraine Gilliard

Printed Name of Plaintiff    Sharon Lorraine Gilliard

B.    **For Attorneys**

Date of signing: _____ , 20__ .

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| Telephone Number | |
| E-mail Address | |

7

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

SHARON L. GILLIARD,
Plaintiff,

v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1422,
and
MARQUETTE MAPP;
Defendants.

# COMPLAINT

Plaintiff Sharon L. Gilliard, proceeding pro se, alleges:

1. This action arises under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981.
2. This Court has jurisdiction under 28 U.S.C. § 1331.
3. Venue is proper in the District of South Carolina because the events giving rise to this claim occurred in South Carolina.
4. Plaintiff Sharon L. Gilliard is a resident of Charleston, South Carolina.
5. Defendant International Longshoremen's Association Local 1422 operates in South Carolina.
6. Defendant Marquette Mapp is an agent, representative, and/or official of the Defendant organization.
7. Plaintiff filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission, Charge No. 415-2025-02323.
8. The EEOC issued a Notice of Right to Sue on February 2, 2026.
9. This Complaint is filed within 90 days of Plaintiff's receipt of that Notice.
10. Plaintiff was subjected to unlawful discrimination based on a protected characteristic.
11. Plaintiff was subjected to retaliation after engaging in protected activity.
12. Defendants' actions caused Plaintiff harm, including but not limited to financial loss and emotional distress.

WHEREFORE, Plaintiff respectfully requests:

A. Compensatory damages;
B. Punitive damages;
C. Costs of this action;
D. Any further relief the Court deems just and proper.

Plaintiff demands a trial by jury.
Respectfully submitted,

*Sharon L. Gilliard*
Sharon L. Gilliard ()
54 Dunnemann Avenue
Charleston, SC 29403
Phone - 843-607-0203
Email: nubianequeene12@gmail.com

Date: May 1, 2026

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/02/2026

**To:** Ms. Sharon L. Gilliard
54 Dunnemann Avenue
Charleston, SC 29403
Charge No: 415-2025-02323

EEOC Representative and email:     Femalelei Fowler
Investigator
femalelei.fowler@eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2025-02323.

On behalf of the Commission,

Digitally Signed By: Jennifer Bessick
02/02/2026
Jennifer Bessick
Director